# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00629-CR
## NO. 03-22-00630-CR

**Dwayne Chance Chadwick, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE 51ST DISTRICT COURT OF TOM GREEN COUNTY
NOS. A-22-0717-SA & A-22-0718-SA,
THE HONORABLE CARMEN DUSEK, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Dwayne Chance Chadwick pleaded guilty to two charges of murder. Tex. Penal Code § 19.02(c). He waived his right to file a motion for new trial or appeal the convictions as to guilt/innocence. After a bench trial on punishment in both cases, the trial court sentenced Chadwick to forty-five years' confinement in the Texas Department of Criminal Justice—Institutional Division for each offense, with the sentences to run concurrently. The trial court certified Chadwick's right to appeal the punishments only.

In each case, Appellant's court-appointed attorney has filed a motion to withdraw as counsel supported by a brief concluding that the appeals are frivolous and without merit. The briefs meet the requirements of *Anders v. California* by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See* 386 U.S. 738, 744 (1967); *Garner v. State*, 300 S.W.3d 763, 766 (Tex. Crim. App. 2009); *see also Penson v. Ohio*, 488 U.S. 75, 86-87 (1988).

Appellant's counsel has represented to the Court that he has provided copies of the motions and briefs to appellant; advised appellant of his right to examine the appellate record and file a pro se brief; provided appellant with a complete copy of the appellate record; and notified appellant of his deadline to file a pro se brief, along with the mailing address of this Court.[1] *See Kelly v. State*, 436 S.W.3d 313, 319-21 (Tex. Crim. App. 2014); *see also Anders*, 386 U.S. at 744; *Garner*, 300 S.W.3d at 766. To date, appellant has not filed an objection or a pro se brief in this Court.

We have conducted an independent review of the record, including appellate counsel's briefs, and find no reversible error. *See Anders*, 386 U.S. at 744; *Garner*, 300 S.W.3d at 766; *Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). We agree with counsel that the record presents no arguably meritorious grounds for review and that the appeals are frivolous.

Counsel's motions to withdraw in both cases are granted. The trial court's judgments in both cases are affirmed.

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Kelly and Theofanis

Affirmed

Filed: August 31, 2023

Do Not Publish

---

[1] Counsel's July 28, 2023 letter to Appellant mistakenly stated that Appellant could object to counsel's motion to withdraw and could file a pro se brief in the 11th Court of Appeals. Counsel sent a revised letter to Appellant correctly stating that Appellant could file his objection and brief in this Court and providing Appellant with this Court's address. This Court's clerk contacted the clerk of the 11th Court of Appeals, who reported that, as of this date, Appellant has not filed an objection or brief in the 11th Court of Appeals.